UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SONIA S. MILORD,

                                  **ORDER**
                                  13-CV-5451 (KAM)

          Plaintiff,

     -against-

GLADYS DURAN; DEUSTCHE BANK
NATIONAL TRUST COMPANY,

          Defendants.
-------------------------------------------------------------x
MATSUMOTO, United States District Judge.

       On October 1, 2013, *pro se* plaintiff Sonia S. Milord filed a complaint, a request for an Order to Show Cause why a Preliminary Injunction and Temporary Restraining Order should not be granted, and an affidavit in support of the motion for injunctive relief seeking to, *inter alia*, enjoin any eviction process against plaintiff from property located at 3208 Farragut Road in Brooklyn, NY. (*See* ECF No. 2, filed 10/1/13.) Plaintiff has paid the requisite filing fee to bring this action.

       Because plaintiff has neither demonstrated a likelihood of success on the merits, nor made a showing of immediate or irreparable harm, the motion for a preliminary injunction and a temporary restraining order is denied. The court shall continue to review plaintiff's complaint. Plaintiff is advised that she should continue to pursue her state court remedies.

       Although plaintiff paid the filing fee, the court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is respectfully requested to serve a copy of this Order on plaintiff and note service on the docket.

SO ORDERED.

                                                            /s/
                                         KIYO A. MATSUMOTO
                                         United States District Judge

Dated: Brooklyn, New York
        October 2, 2013