UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SONIA S. MILORD,

                                                **ORDER**
                                                13-CV-5451 (KAM)

          Plaintiff,

    -against-

GLADYS DURAN; DEUSTCHE BANK
NATIONAL TRUST COMPANY,

          Defendants.
-------------------------------------------------------------x
MATSUMOTO, United States District Judge.

      On October 1, 2013, *pro se* plaintiff Sonia S. Milord filed a complaint ("Complaint"), a request for an Order to Show Cause why a Preliminary Injunction and Temporary Restraining Order ("Order to Show Cause") should not be granted, and an affidavit in support of the motion for injunctive relief ("Affidavit") seeking to, *inter alia*, enjoin any eviction process against plaintiff from property located at 3208 Farragut Road in Brooklyn, New York.[1] (*See* ECF Nos. 1 and 2.)

      By Order dated October 2, 2013, the court denied plaintiff's request for a preliminary injunction and a temporary restraining order. (*See* ECF No. 4.) By Order dated October 10, 2013, the court dismissed plaintiff's claims relating to the state foreclosure and eviction proceedings for lack of subject matter jurisdiction, but granted plaintiff thirty (30) days leave from the date of the order to amend her complaint to set forth any claim that she may have under the federal Truth in Lending Act. (*See* ECF No. 7.) On November 12, 2013, plaintiff filed an amended complaint.

---

[1] Plaintiff paid the requisite filing fee to bring this action.

(*See* ECF No. 8.)

Plaintiff's claims relating to her state foreclosure and eviction proceedings remain dismissed, but the court will allow plaintiff's TILA claims to proceed.  The matter is referred to Magistrate Judge Lois Bloom for pretrial supervision.  Although plaintiff paid the filing fee, the court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.  Coppedge v. United States, 369 U.S. 438, 444-45 (1962).  The court will serve a copy of this Order on plaintiff and will note service on the docket.

SO ORDERED.

_____/s/_____
KIYO A. MATSUMOTO
United States District Judge

Dated: Brooklyn, New York
       November 18, 2013

2